Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2020 SEP 10 PM 1:02
OFFICE OF THE CLERK

| | |
|---|---|
| LEILA MARIE MCCOY <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> THE CONNECTION ET AL <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:20cv363 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> U.S. DISTRICT COURT <br> CLERK <br> SEP 10 2020 <br> RECEIVED |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | LEILA MARIE MCCOY |
  | Street Address | 10911 W 63RD PLACE #101 |
  | City and County | ARVADA, JEFFERSON |
  | State and Zip Code | COLORADO, 80004 |
  | Telephone Number | (816) 508-5056 |
  | E-mail Address | DAHLIA.80004@GMAIL.COM |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE CONNECTION |
| Job or Title *(if known)* | |
| Street Address | 414 E 6th St, |
| City and County | NORTH PLATTE, LINCOLN |
| State and Zip Code | NEBRASKA, 69103 |
| Telephone Number | (308) 532-5050 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ASHLEY LEWIS IN HER INDIVIDUAL AND PROF CAP |
| Job or Title *(if known)* | EXECUTIVE DIRECTOR |
| Street Address | 414 E 6TH STREET |
| City and County | NORTH PLATTE, LINCOLN |
| State and Zip Code | NE 69103 |
| Telephone Number | (308) 532-5050 |
| E-mail Address *(if known)* | directorshelter@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | "Jess" his indiveidual and professional capacity |
| Job or Title *(if known)* | Prisdent Executive Committee/Board of Directors |
| Street Address | 2420 WEST FRONT STREET |
| City and County | NORTH PLATTE, LINCOLN |
| State and Zip Code | NEBRASKA, 69101 |
| Telephone Number | (308) 532-5050 |
| E-mail Address *(if known)* | Jess@knobelpro.com |

Defendant No. 4

| | |
|---|---|
| Name | Carolyn Driver |
| Job or Title *(if known)* | Member Board of Directors |
| Street Address | 414 E 6th Street |
| City and County | NORTH PLATTE, LINCOLN |
| State and Zip Code | NEBRASKA, 69103 |
| Telephone Number | (308) 532-5050 |
| E-mail Address *(if known)* | wyomablue@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | THE CONNECTION |
| Street Address | 414 E 6TH STREET |
| City and County | NORTH PLATTE, LINCOLN |
| State and Zip Code | NEBRASKA, 69103 |
| Telephone Number | (308) 532-5050 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
FAIR HOUSING ACT

☒ Relevant state law *(specify, if known)*:
Nebraska Revised Statute 28-3806, Nebraska Revised Statute 48-1114

☒ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: DIFFERENT PAY BASED ON RACE AND GENDER

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race — HISPANIC
- ☒ color — BLACK
- ☒ gender/sex — FEMALE
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  BLIND, MOBILITY IMPAIRED, CHRON ILL

E. The facts of my case are as follows. Attach additional pages if needed.

1. I had recently suffered a miscarriage/2 days prior to the agency case manager and director asking me to take a position as case manager due to the othr case manager quiting. I worked with NE Rehabilitation for the Blind to restructure my entire approved Individual Employment Plan and delayed going to graduate school to help this agency as no one else would take the job.I was hired at $12.oo per hour and overtime. After hiring me and making me work up to 16 hours per day, the agency directed their book-keeper to refuse to pay my overtime, telling her "she's blind she may not even notice" and joking about my disability in front of other employees. The bookkeeper Jan Knight reported this to the wage investigations department, state attorney general investigators and to me. The agency director Ashley Lewis joked that because I receive SSI for the blind "that should be enough". The agency Defendants provided different terms of employment, salary and employee discipline based on my race, gender and ADA civil rights enforcement activities, failed to provide ADA accommodations
2. When Defendants learned I had filed complaint with NE EEOC they retaliated by firing me without judtification. They attempted to harm me, I had to call police to be rescued, they took housing in retaliation put me and 4 children/2 disabled out in below freezing temperatures, allowed others to stay
3. Defendants paid me a lower salary and refused to pay promised overtime based on discrimination due to my disability, gender and race. I was the only minority on staff, other caseworkers were paid the salary and overtime promised to them. I was refused this after being worked up to 16 hrs a day
4. My family lost everything they owned, my benefits and insurance were cut based on information given by this agency claiming I was being paid the proper salary and overtime which I never received.
5. Based solely on my race, disability and civil rights enforcement activities including participating in a law enforcement investigation of the agency for exploiting disabled employees and residents, forcing them to buy items with food stamps and then selling the items to elderly and disabled people for cassh.
6. This agency "weaponized" the North Platte PD and illegally evicted me and my children from our apartment endangering my life and my children's lives.Other former employees were given 10 days to relocate, they were not disabled and had no disabled/medically fragile children like myself.
7. I was already a resident in their transitional housing units before being approached to take the job. I had not violated the terms of my stay and in fact had been patient while being refused a accessible apartment for months while they waited for a single man to move out of the accessible family unit.
8. Due to my civil rights and ADA enforcement activities-I was forcibly put out of my aparment and deprived of almost everything I own including adaptive equipment for the blind because I did not impede a criminal investigation by the North Platte Police Department during the previous evening-when I was NOT on duty as an employee.
9. Our family has several disabled persons and persons with serious chronic illness.My disabled child was deprived of his right to receive theraputic and special education services by the actions of defendants as well. The agency prevented another agency from providing adaptive equipment to my disabled child as well. The agency went to meetings with other agencies and sent emails asking those agencies not to serve our family so we would be forced out of the area including the North Platte Housing Authority. We were deprived of accessible fedeeral assisted housing based on false information provided by agency director Ashley Lewis to the PHA.
10. Jess and Carolyn Driver are in receipt of my "appeal" of termination of my housing and my employment. The agency also is in receipt of civil rights and ADA complaint against the director Ashley Lewis but refused to follow the employee handbook and policies and the local/state & federal regulations prohibiting exploitation of and discrimination/retaliation against disabled persons and persons who file civil rights complaints. One of the board of directors also impeded my right to complete volunteer work necessary to gain admission to my graduate program in retaliation for my civil rights, wage and ADA complaints.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

07/01/2018

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*  10/2018        .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like $250, 000.00 punitive and $250,000

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/8/2020

Signature of Plaintiff

Printed Name of Plaintiff  LEILA MARIE MCCOY

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LEILA MARIE MCCOY

**DEFENDANTS**
THE CONNECTION ET AL

**(b)** County of Residence of First Listed Plaintiff: JEFFERSON COLORADO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: LINCOLN NE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
LEILA MARIE MCCOY
10911 W. 63RD PLACE #101 ARVADA, CO 80004

Attorneys *(If Known)*
414 E 6th St, North Platte, NE 69101

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
AMERICANS WITH DISABILITIES ACT, CIVIL RIGHTS ACT, 14USCSECT1983, NE;RS 28-386

Brief description of cause:
AGENCY DISCRIMINATED AGAINST AND EXPLOITED A BLIND AND DISABLED WORKER

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 250,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 09/07/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

P  usps.com $7.75 US POSTAGE Flat Rate Env
9405 5036 9930 0018 5154 72 0077 5000 0046 8102

09/07/2020   Mailed from 80004   062S0000000310

### PRIORITY MAIL 2-DAY™

LEILA M MCCOY
10911 W 63RD PL APT 101
ARVADA CO 80004-4534

Expected Delivery Date: 09/11/20
Ref#: OMAHACOURT
**0006**

**Carrier -- Leave if No Response**   | C016 |

SHIP TO: ROMAN L. HRUSKA FEDERAL COURTHOUSE
111 S 18TH PLZ
STE 1152
**OMAHA NE 68102-1322**

**USPS TRACKING #**



**9405 5036 9930 0018 5154 72**

Electronic Rate Approved #038555749