IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEILA MARIE MCCOY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE CONNECTION, ASHLEY LEWIS, in her individual and prof cap; JESS, his indiveidual and professional capacity; and CAROLYN DRIVER,<br><br>　　　　　Defendants. | 8:20CV363<br><br>**MEMORANDUM AND ORDER** |

On February 17, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 9.) The court warned Plaintiff that "[f]ailure to file an Amended Complaint within 30 days will result in the court dismissing the case without further notice to Plaintiff." (Filing 9 at CM/ECF p. 9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1.　This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2.　Judgment shall be entered by separate document.

DATED this 12th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judg