## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

LEILA MARIE MCCOY,

              Plaintiff,

      vs.

THE CONNECTION, ASHLEY LEWIS,
in her individual and prof cap;  JESS, his
indiveidual and professional capacity;
and CAROLYN DRIVER,

              Defendants.

**8:20CV363**

**JUDGMENT**

Pursuant to the Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 12th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge